1

2

3

4

5

6

7

8

9

10

11

12

13

14

JS-6

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

15      **UNITED STATES DISTRICT COURT**

16      **CENTRAL DISTRICT OF CALIFORNIA**

17      **WESTERN DIVISION**

18

19   TILLIE ACOSTA,                         Case No. 2:22-cv-04460-SVW-MAA
                                            ORDER GRANTING
20          Plaintiff,                      **FIRST AMENDED STIPULATION TO
                                            REMAND**
21       v.
                                            Judge:    Hon. Stephen V. Wilson
22   AMC ENTERTAINMENT HOLDINGS,            Date:     8/1/2022
     INC., doing business as AMC THEATERS;  Time:     3:00 p.m.
23   and DOES 1 to 20, Inclusive,           Crtrm.:   10A

24          Defendants.

25
                                            Action Filed:        04/25/2022
26                                      **IT IS SO ORDERED.**

27                              **DATED:**   July 29, 2022

28
                                  **STEPHEN V. WILSON**
4865-9872-0296.1              **UNITED STATES DISTRICT JUDGE**
                      **FIRST AMENDED STIPULATION TO REMAND**
                                                              2:22-cv-04460-SVW-MAA

1 | TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2 | WHEREFORE Plaintiff, TILLIE ACOSTA (hereinafter "Plaintiff"), brought her suit in
3 | Los Angeles Superior Court, LASC Case No. 22STCV13674, against Defendant, AMERICAN
4 | MULTI-CINEMA, INC. (hereinafter "Defendant"), which arose from an alleged injury Plaintiff
5 | suffered while visiting one of Defendant's movie theaters.

6 | WHEREFORE Defendant filed a Notice of Removal from state court to this District Court
7 | of the United States, located in in the Western Division of the Central District, Case No. 2:22-cv-
8 | 04460-SVW-MAA, which removal was on the basis of Diversity Subject Matter Jurisdiction
9 | pursuant to 28 U.S.C. § 1446.

10 | WHEREFORE this matter was set for an Initial Status Conference calendared to occur on
11 | August 1, 2022, at 3:00 p.m. before the Hon. Stephen V. Wilson, in Courtroom 10A of the United
12 | States Courthouse for the Central District, Western Division, located at 350 West 1st Street,
13 | Los Angeles, California 90012.

14 | THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY
15 | STIPULATE that this case be remanded to the Los Angeles County Superior Court, LASC
16 | Case No. 22STCV13674.

17 | / / /
18 | / / /
19 | / / /
20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

4865-9872-0296.1

2

1   IT IS SO STIPULATED.

2

3   **DATED:** July 26, 2022                    **MANNING & KASS**
                                                **ELLROD, RAMIREZ, TRESTER LLP**

4

5                                               By: _____

6                                               Jeffrey M. Lenkov
                                                Arvin A. Arakelian
7                                               Attorneys for Defendant, AMERICAN MULTI-
                                                CINEMA, INC. [Erroneously sued and served as
8                                               AMC ENTERTAINMENT HOLDINGS, INC
                                                doing business as AMC THEATERS]

9

10

    **DATED:** July 26, 2022                    **THE LAW OFFICES OF ADOLFO B. GARBER**
11

12

13                                              By: _____

14                                              Adolfo B. Garber
                                                Attorney for Plaintiff, TILLIE ACOSTA
15

16   ~~IT IS SO ORDERED.~~

17   ~~DATED: _____, 2022~~

18

19   ~~By: _____~~

20   ~~Hon. Stephen V. Wilson~~
     ~~United States District Judge~~
21

22

23

24

25

26

27

28

     4865-9872-0296.1                          3
                          **FIRST AMENDED STIPULATION TO REMAND**

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

1

**<u>PROOF OF SERVICE</u>**

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

　　　　At the time of service, I was over 18 years of age and not a party to this action.  I am
employed in the County of Los Angeles, State of California.  My business address is 801 S.

4

Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

5

　　　　On July 27, 2022, I served true copies of the following document(s) described as **FIRST
AMENDED STIPULATION TO REMAND** on the interested parties in this action as follows:

6

7

- **American Multi-Cinema, Inc.**
  aaa@manningllp.com
- **Arvin Areg Arakelian**
  aaa@manningllp.com

8

- **Adolfo Bojalil Garber**
  abgarber@sbcglobal.net

9

- **Jeffrey M Lenkov**
  jml@manningllp.com,

10

  JMK@MANNINGLLP.COM,

11

  mma@manningllp.com,
  lsl@manningllp.com

12

13

　　　　**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the
document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case
who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case

14

who are not registered CM/ECF users will be served by mail or by other means permitted by the
court rules.

15

16

　　　　I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

17

　　　　Executed on July 27, 2022, at Los Angeles, California.

18

19

20

_____

Rosie Cabrera

21

22

23

24

25

26

27

28